**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re Thomas F. Sills and Christine M. Sills,   Case No. 8:18-bk-11172-MGW
                                                Chapter 13
    Debtors.

_____/

## MOTION TO ENLARGE TIME TO FILE REQUIRED DOCUMENTS

    Debtors, Thomas F. Sills and Christine M. Sills , by and through their undersigned counsel, move this Court pursuant to Rules 1007(c) and 3015(b), Federal Rules of Bankruptcy Procedure to enlarge the time in which to file their Schedules A-J, Statement of Financial Affairs, Statement of Current Monthly Income and Calculation of Commitment Period, and a proposed Chapter 13 Plan by an additional seven days, and in support thereof state as follows:

    1.    The Debtor filed an emergency Chapter 13 case on December 31, 2018.  Thus, per Rules 1007(c) and 3015(b), the Debtors' Schedules A-J, Statement of Financial Affairs, Statement of Current Monthly Income and Calculation of Commitment Period, and the Chapter 13 Plan are required to be filed by January 14, 2019.

    2.    The undersigned counsel has prepared drafts of the required documents. However, the Debtor is employed as a long-haul truck driver.  He has been on the road since the case was filed, and thus has not been available to review and sign the documents.

    3.    The Debtors thus need additional time in which to make final revisions to the documents, and to coordinate the signing of the documents by the Debtor.

    WHEREFORE, Debtors respectfully request that this Court enter an order enlarging the time in which to file their Schedules A-J, Statement of Financial Affairs, Statement of Current

Monthly Income and Calculation of Commitment Period, and Chapter 13 Plan by an additional seven days, to and including January 22, 2019.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically through the CM/ECF system or by first class mail, postage prepaid, to the following persons on this 14th day of January 2019:

Kelly Remick
Standing Chapter 13 Trustee
ecf@ch13tampa.com

U.S. Trustee
USTPRegion21.TP.ECF@usdoj.gov

                JOHNSON LEGAL OF FLORIDA, P.L.
                2937 Bee Ridge Rd. Suite 1
                P.O. Box 20998
                Sarasota, FL  34276
                Phone:  (941) 926-1155
                Fax:  (941) 926-1160
                Email:  sjohnson@johnsonlegalfl.com
                Attorney for Thomas and Christine Sills


                /s/ Sherri L. Johnson
                SHERRI L. JOHNSON
                Florida Bar No. 0134775